UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SELECTIVE SERVICE SYSTEM, UNITED STATES,<br><br>　　　　Defendant. | Case No. 23-cv-02403-DMR<br><br>**REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE AND REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE** |

Self-represented Plaintiffs Jane Doe and minor John Doe filed a complaint and an application for leave to proceed *in forma pauperis* ("IFP") on May 16, 2023. [Docket Nos. 1, 3.] Since all parties have not consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) the court issues this Report and Recommendation and reassigns this case to a district judge for final disposition, with the recommendation that this action be dismissed without prejudice for failure to pay the filing fee.[1]

Jane Doe's original IFP application was incomplete. On August 11, 2023, the court ordered her to file a completed IFP application or pay the filing fee. [Docket No. 7.] Jane Doe timely filed a completed IFP application on September 11, 2023. [Docket No. 8.] The completed IFP application was denied on September 25, 2023, and Plaintiffs were ordered to pay the filing fee by no later than October 23, 2023. [Docket No. 9.] Plaintiffs have not paid the filing fee and the deadline to do so has passed. Accordingly, the court recommends that Plaintiffs' action be dismissed without prejudice for failure to pay the filing fee. The Clerk is directed to reassign this case to a district judge. Any party may file objections to this report and recommendation with the

---

[1] Plaintiffs filed a motion for leave to proceed anonymously on May 16, 2023. [Docket No. 3.] Because the court recommends dismissing the action without prejudice, it also recommends denying Plaintiffs' motion as moot.

district judge within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); N.D. Cal. Civ. L.R. 72-2.

The court refers Plaintiffs to the link entitled "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/pro-se-litigants, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

**IT IS SO ORDERED.**

Dated: October 27, 2023

_____
DONNA M. RYU
Chief Magistrate Judge