UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SELECTIVE SERVICE SYSTEM, UNITED STATES,<br><br>　　　　　Defendant. | Case No. 23-cv-02403-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 10 |

　　　　The Court has reviewed Magistrate Judge Ryu's report and recommendation to dismiss this action without prejudice for failure to pay the filing fee. ECF No. 10. No objection was received in response to the report.

　　　　Pro se Plaintiff Jane Doe filed a complaint on behalf of minor John Doe on May 16, 2023. ECF No. 1. Jane Doe filed an application for leave to proceed in forma pauperis ("IFP") that same day. ECF No. 2. On August 11, 2023, Judge Ryu found that Jane Doe's original IFP application was incomplete. ECF No. 7. Jane Doe was thereafter granted an opportunity to file a completed IFP application or pay the filing fee. *Id.* Although Jane Doe timely filed a completed IFP application on September 11, 2023, ECF No. 8, Judge Ryu denied her IFP application on September 25, 2023. ECF No. 9. Plaintiffs were ordered to pay the filing fee by October 23, 2023. *Id.* Plaintiffs missed the deadline to pay the filing fee, and accordingly, Judge Ryu recommended that Plaintiffs' action be dismissed without prejudice for failure to pay the filing fee. ECF No. 10.

　　　　The Court finds that Judge Ryu's report is well-reasoned, thorough, and adopts it in full. Plaintiffs' action is hereby dismissed without prejudice.

　　　　Plaintiffs are encouraged to seek help at the link entitled "Representing Yourself" on the

Court's website, located at http://cand.uscourts.gov/pro-se-litigants.  They may also seek the assistance of the free Legal Help Center for unrepresented parties.  Parties may schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

**IT IS SO ORDERED.**

Dated:  November 16, 2023



_____
JON S. TIGAR
United States District Judge