UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SELECTIVE SERVICE SYSTEM, UNITED STATES,<br><br>          Defendant. | Case No. 23-cv-02403-JST<br><br>**ORDER DENYING MOTION TO ALTER JUDGMENT AS MOOT**<br><br>Re: ECF No. 17 |

On December 11, 2023, the Court granted Plaintiffs' motion for relief from a non-dispositive pretrial order of a magistrate judge and, in doing so, granted Plaintiffs' IFP status. ECF No. 16.  Subsequently, on December 12, 2023, the case was reopened.  Plaintiffs' motion to alter judgment now asks the Court to "vacate its judgment dismissing this case, so that [their] objections can be heard."  ECF No. 17 at 3.

Because the Court already granted Plaintiffs' motion for relief from a non-dispositive order and reopened the case, Plaintiffs motion to alter judgment is denied as moot.  Plaintiffs are encouraged to revisit the Court's prior order, ECF No. 16, which states that Plaintiffs' IFP status is granted and that the Clerk of Court shall issue the summons in this case, among other instructions.

**IT IS SO ORDERED.**

Dated: December 13, 2023



JON S. TIGAR
United States District Judge