| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 19 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN DOE, a minor,

      Plaintiff - Appellant,

and

JANE DOE, John Doe's mother, who brings this case on their behalf,

      Plaintiff,

 v.

SELECTIVE SERVICE SYSTEM,

      Defendant - Appellee.

No. 25-5412

D.C. No. 4:23-cv-02403-JST
Northern District of California, Oakland

ORDER

Appellant did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT